AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAY 2 2 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| GUSTAVO ANTONIO NAVARRO-CARDENAS | CASE NUMBER: 08CR1639-BEN |

I, GUSTAVO ANTONIO NAVARRO-CARDENAS, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/22/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

GUSTAVO ANTONIO NAVARRO
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER